```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

NADINE PELLEGRINO AND         :
HARRY WALDMAN,                :
                              :
          Plaintiffs,         :   CIVIL ACTION
                              :
     v.                       :   NO. 09-5505
                              :
UNITED STATES OF AMERICA      :
TRANSPORTATION SECURITY       :
ADMINISTRATION, et. al.,      :
                              :
          Defendants.         :

## ORDER

AND NOW, this 6th day of May, 2015, upon consideration of the Parties' FOIA submissions (Doc. Nos. 198, 212, 221) as well as withheld documents submitted for this Court's *in camera* review, and for the reasons given in the attached memorandum, it is hereby ORDERED that:

1. Defendant TSA shall release the withheld documents bearing the bates numbers 84 and 171. The TSA may redact any exempt personal information prior to production;

2. Defendant TSA shall submit, within thirty days of the entry of this Order, an updated affidavit detailing the FOIA records search. Plaintiff shall submit a concise[1]

---

[1] Given the Plaintiff's propensity for filing needlessly voluminous briefs with the Court (see, e.g., Doc. No. 196 n. 1), we must limit her submission to fifteen (15) pages in length, double-spaced, written in twelve (12) point font. The response may not contain footnotes, and the Plaintiff is advised to avoid the use of unnecessary acronyms. Anything beyond these fifteen pages, or anything that does not directly challenge the TSA's affidavit, will be disregarded.

reply, if any, within fourteen days after the affidavit is filed.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J..